FILED

12/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0237

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0237

_____

KOLE FITZPATRICK, DBA FITZPATRICK
TRUCKING,

     Plaintiff and Appellant,

  v.

TRAIL CREEK ENTERPRISES, LLC, JASON
SUBATCH, WESTERN STATES EQUIPMENT          O R D E R
COMPANY ("CAT"), AND JOHN DOES 1-60,

     Defendants and Appellees,

TRAIL CREEK ENTERPRISES, LLC AND JASON
SUBATCH,

     Counter-Plaintiffs and Appellees.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Deborah Kim Christopher, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 16 2020